THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. . GABRIELE BOVE, PLAINTIFF IN ERROR.

Submitted December 11, 1922—Decided January 19, 1923.

On error to the Supreme Court, whose opinion in reported *ante p.* 350.

For the defendant in error, *John O. Bigelow.*

· For the plaintiff in error, *Charles Hood.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, GARDNER, ACKERSON, JJ. 11.

*For reversal*—None.